FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 06 2021 ★

LONG ISLAND OFFICE

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN District

| | |
|---|---|
| CARL ANDREWS ) <br> (full name)   (Register No.) ) <br> _____ ) <br> ) <br> Plaintiff(s). ) <br> JAMES JOHNSON, Detective ) <br> Judge GARY R. Brown ) <br> DANiel H. Wolf ) <br> Keven Keating ) <br> BenJiman Shrier ) <br> (Full name) ) <br> SUSAN Kellman ) <br> IZRA Spilke ) <br> Defendant(s). | Case No. **CV-21 5673** <br><br> **KUNTZ, J.** <br><br> Defendants are sued in their (check one): **LINDSAY, M.J.** <br> ___ Individual Capacity <br> ___ Official Capacity <br> ✓ Both |

### COMPLAINT PURSUANT TO 28 U.S.C. § 1331

I. Place of present confinement of plaintiff(s): YAPhank Correctional Facility 110 Center DR. Riverhead NY 11901

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff CARL Andrews   Register No. _____
   Address 110 Center Drive
   Riverhead NY 11901

B. Defendant   SEE Exhibit 1

Is employed as District Attorney
Eastern District

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Exhibit 1  P.1

Defendants list

JAMES Johnson

leading Detective who was the Police officer who Fabricated the case from the Beginning and Brought about the Sex Trafficking case. During the case This Defendant Destroyed Evidence That was useful in the Defendants case. Mr. Johnson also lied about The witness in This case and The role she played. Before The Charges against me was Filed There was a private intimate Relationship Between the Two.

Daniel H Wolf

is The Government Attorney who Prosecuted The Case. The Prosecutor has a duty to Adhere to the Due process of law and where There exist a clear Violation of Due Process, That Violation Should Be Brought To The Attention of The Court even if it means The Release of The Defendant.

Exhibit 1 P2

IZRA SPILKE
SUSAN KELLMAN
KEVIN KEATING

Was the defendants attorneys in the case proceedings.

Lawyers or attorneys are hired or appointed to defendants in court proceedings to defend a person accused of a crime. Lawyers must represent a defendant with a duty of loyalty. They must avoid conflicts of interest. Conflicts of interest arises when the defendant request the attorney to submit paper work to the courts and the lawyer refuses to do so. The assigned attorney must advocate for the defendant's case and consult with the defendant on important decisions. They hold a duty to keep defendants informed of important developements during the prosecution and to use the level of skill and knowledge that make the trial or pretrial truely adversarial. The above speaks for itself. These attorneys displayed none of the above.

②

Exhibit 1 pg 3

of such provisions and irrespective of the Consequences, Thus it is said That The Courts should Be in our Alert To Enforce The provisions of The U.S. Constitution And guard Against Their infringement by legislative or otherwise in Accordance with These Basic principles.

Exhibit 1 p.4

Judge Gary Brown

is the Judge who Recieved the case from the Southern District. He is a lessor of the corrupt and malicious prosecution but yet plays a part in the civil violation for allowing the case to go to trial knowing that the Plaintiffs Brady was being violated. Plaintiff exercised his Brady and speedy trial rights assertively yet his pleas for Justice was ignored.

Judges are sworn to obey the Constitution irrespective of opinion and consequences. Constitution rules over statutes.

Judges are sworn to support its provisions the courts are not at liberty to overlook or disregard its commands or counter-act evisions thereof. It is their duty in authorized proceedings to give full effect to the existing Constitution and to obey all Constitutional provisions irrespective of the consequences. Thus it is said that the courts should be in our alert to enforce the provisions of the US Constitution and guard against their infringement.

III.   Do your claims involve medical treatment?   Yes ☐   No ☐ ✓

IV.   Do you request a jury trial?   Yes ☐   No ☑

V.   Do you request money damages?   Yes ☑   No ☐
State the amount claimed?   $ 20,000,000 (actual/punitive)

VI.   Are the wrongs alleged in your complaint continuing to occur?   Yes ☑   No ☐

VII.   Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes ☑   No ☐

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?   Yes ☐   No ☑

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

N/A

D. If you have not filed a grievance, state the reasons.
Civil Right Violation are NOT Grievable issues

VIII.   Previous civil actions:
1.   A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case:   Yes ☑   No ☐

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?   Yes ☐   No ☑

C. If your answer is "yes," to either of the above questions, provide the following information for each case.

(1) Style: CARL Andrews
    (Plaintiff)           (Defendant)
(2) Date filed: September 16TH 2021
(3) Court where filed: Southern District
(4) Case Number and citation: N/A

2

(5) Basic claim made: **Brady Violation, Distruction of Evidence, Prosecutorial Misconduct, Venue Violation, Speedy Trial Violation**

(6) Date of disposition: **N/A**

(7) Disposition: **N/A**
    (Pending) (on appeal) (resolved)

(8) If resolved, state whether for: **N/A**
    (Plaintiff) or (defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

**I was charged and prosecuted in the Southern District for a crime that I did not commit that was dismissed after two years of confinement and maliciously prosecuting me. During those two years one judge and four prosecutors failed to stop the proceeding and change venue. My attorney out of all should have stopped or tried to prevent the violations but chose to continue also.**

B. State briefly your legal theory or cite appropriate authority:

**SEE ATTACHMENT 2**

**Exhibit 2**

Relief: State briefly exactly what you want the court to do for you. Make no legal arguments

**Exonerate Defendant and award Mr. Andrews compensatory damages**

3

Legal Theory
Exhibit 2 P.1

Judge Engelmayer is looked upon as the driving force of the corruption in this case due to the fact that he allowed the trial to proceed. Only he had the over ruling power to either move the case to its proper jurisdiction or dismiss the case in its earlier stages.

The Prosecuters

Also had a duty to notice the case was in the wrong jurisdiction, its an error when a witness lies on the stand or the police officer takes the stand and testifies identifying a defendant that he thought was a shooter in a crime. That does not weight on the prosecutor to determine the facts of the case. But in this case, the wrong is transparent and should have never been hidden or over looked.

## Legal Theory   p.2

### Brady Violations

The people must grant demand for material or evidence possessed by the prosecutor that is favorable to or exculpates the defendant.

### Distruction of Evidence

Evidence to this case was at some point removed, tampered with and or distroyed.

### Speedy Trial Violations

On a number of occasions the defendant asserted his rights to speedy trial which was set aside while the malicious prosecution continued.

Damage Demand

THE PLAINTIFF Hereby Demands compensatory damages against

James Johnson
Judge Gary R. Brown
Daniel H. Wolf
Kevin Keating
Benjamen Shrier
Susan Kellman
Izra Spilke

Amount – in The Sum of $20,000,000 Dollars

Reason   For Civil Rights Violations
         For Cruel and unusual punishment
         For Physical and Mental Anguish
         Pain and Suffering

X. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

_Alexander Dixon_

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes ☐   No ☑

If so, state the names(s) and address(es) of each lawyer contacted.

_N/A_

C. Have you previously had a lawyer representing you in a civil action in this court?   Yes ☐   No ☑

If so, state the lawyers name and address.

_N/A_

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this __21__ day of __Sept.__ 20__21__

Sworn To Before Me This
__21st__ Day Of __September__, 20 __21__

_Kathleen Doherty_
Notary Public

_(Signature of Plaintiff(s))_

KATHLEEN DOHERTY
Notary Public, State of New York
Registration No. 01DO6400819
Qualified in Suffolk County
Commission Expires Nov. 25, 2023

4

SUFFOLK CO[...]
[...]ENTER DRIVE
[...]EAD, NY 11901

NAME: Carl Andrews - 202358




RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 06 2021 ★

LONG ISLAND OFFICE



United States District Court
EDNY
100 Federal Plaza
Central Islip N.Y. 11722
ATTN: Pro-Se Office

Legal Mail